IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02924-CMA-BNB

MAURICE E. LINDSEY,

Plaintiff,

v.

CARTER, Duty Doctor Psychologist,

Defendant.

## ORDER

This matter arises *sua sponte*. It appears from the record that defendant Carter has been served with process. Accordingly,

IT IS ORDERED:

(1) On or before **September 18, 2012**, defendant Carter shall answer or otherwise respond to the Complaint; and

(2) The Clerk of the Court is directed to mail a copy of this order to Kevin Traskos, Assistant United States Attorney, 1225 17th Street, Suite 700, Denver, CO 80202.

Dated September 4, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge